UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: **18-16965** |
| **KIRCHNER, CHRISTINE** | Chapter: **7** |
| | Judge: **MBK** |

## NOTICE OF PROPOSED ABANDONMENT

_____**Barry R. Sharer**_____, __**Chapter 7 Trustee**__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __**Michael B. Kaplan**__ on __**06/18/18**__ at __**10:00**__ a.m. at the United States Bankruptcy Court, Courtroom no. __**8**__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1009 Cable Ave.
Beachwood, NJ
Value: $218,361.00

Liens on property:
PNC - $185,414.00
PNC - $25,276.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Christine M. Kirchner  
    Debtor

Case No. 18-16965-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: May 16, 2018  
     Form ID: pdf905      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.

```
db             Christine M. Kirchner,   1009 Cable Ave,   Beachwood, NJ  08722-3437
517443012      Capital One,   Bankruptcy Claims Servicer,   PO Box 30285,   Salt Lake City, UT  84130-0285
517443017      ERC,   PO Box 57610,   Jacksonville, FL  32241-7610
517443019      FMS,   PO Box 707600,   Tulsa, OK  74170-7600
517443018      First Source Advantage, LLC,   205 Bryant Woods S,   Amherst, NY  14228-3609
517443020      JCPenney Mastercard/Synchrony Bank,   205 Bryant Woods S,   Amherst, NY  14228-3609
517443021      JPMorgan Chase Bank, N.A.,   601 Oakmont Ln Ste 300,   Westmont, IL  60559-5532
517443022      Kia Finance,   PO Box 660891,   Dallas, TX  75266-0891
517443023      Kia Finance,   Attn: Bankruptcy Dept.,   PO Box 20809,   Fountain Valley, CA  92728-0809
517443024      MRS BPO, L.L.C.,   1930 Olney Ave,   Cherry Hill, NJ  08003-2016
517443026      PNC Mortgage,   PO Box 856177,   Louisville, KY  40285-6177
517443027      PNC Mortgage Co.,   PO Box 6534,   Carol Stream, IL  60197-6534
517443029      Pressler and Pressler,   Stephen E. Lundy, Esq.,   7 Entin Rd,   Parsippany, NJ  07054-5020
517443016     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan,   PO Box 790408,   Saint Louis, MO  63179-0408)
517443031      Wells Fargo,   PO Box 9210,   Des Moines, IA  50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 23:45:41    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 23:45:35    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ  07102-5235
517443013      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 16 2018 23:57:37
                Capital One - Bankruptcy Departmen,   PO Box 54529,   Oklahoma City, OK  73154-1529
517443014      E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 23:52:12    Care Credit,
                Synchrony Bank - Bankruptcy Dept.,   PO Box 965060,   Orlando, FL  32896-5060
517443015      E-mail/Text: mrdiscen@discover.com May 16 2018 23:44:53    Discover Card,   PO Box 71084,
                Charlotte, NC  28272-1084
517443025      E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 23:51:41    Old Navy - Visa,   PO Box 960017,
                Orlando, FL  32896-0017
517443028      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2018 23:51:46
                Portfolio Recovery Associates LLC,   PO Box 12914,   Norfolk, VA  23541-0914
517443030      E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 23:52:04    Synchrony Bank,
                Bankruptcy Department,   PO Box 965060,   Orlando, FL  32896-5060
517446197     +E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 23:52:11    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517445404      Edward Kirchner
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:

```
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer     CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
          David E. Shaver    on behalf of Debtor Christine M. Kirchner dshaver@bnfsbankruptcy.com
          Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, N.A. rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 16, 2018
                              Form ID: pdf905          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                 TOTAL: 5