UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 18-16965 |
| Christine M. Kirchner | Chapter: | 7 |
| | Judge: | Kaplan |
| Debtor(s) | | |

### CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
1009 Cable Ave., Beachwood, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 6/12/2018        By: Gary A. Nau

*rev.2/10/17*